1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                       IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:13-MJ-301 CKD
12 |                Plaintiff,  | STIPULATION AND ORDER REGARDING EXTENSION OF TIME IN WHICH TO HOLD A
13 |        v.                   | PRELIMINARY EXAMINATION
14 | SULA ELLEN MELICIO,         |
15 |                Defendant.   |

16

17                                **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendant Sula Ellen

19 Melicio, by and through her counsel, Candice Fields, hereby stipulate as follows:

20     1.     The defendant was arrested pursuant to a criminal complaint and arrest warrant signed by

21 the Honorable Carolyn K. Delaney of the Eastern District of California. The defendant appeared before a

22 magistrate judge in the Eastern District of Virginia on September 30, 2013. The defendant was released

23 on conditions and ordered to appear in this court on October 17, 2013.

24     2.     The parties are in the process of exploring a possible pre-indictment resolution to this

25 case. Counsel for the government will be in trial from approximately October 16 through October 31,

26 2013. In order to continue negotiations, the parties agree and request that the preliminary hearing be

27 continued to December 16, 2013 at 2:00 p.m. before the duty magistrate judge.

28

STIPULATION REGARDING PRELIMINARY HEARING;          1
[PROPOSED] ORDER

| | |
|---|---|
| Dated: October 1, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ MICHELE BECKWITH<br>MICHELE BECKWITH<br>Assistant United States Attorney |
| Dated: October 1, 2013 | /s/ Candice Fields<br>CANDICE FIELDS<br>Attorney for Defendant Sula Ellen Melicio |

**[PROPOSED] FINDINGS AND ORDER**

Good cause appearing, and pursuant to Fed. R. Crim. P. 5.1(d), the preliminary hearing is continued to December 16, 2013 at 2:00 p.m. before the duty magistrate judge.

SO ORDERED

Dated: October 2, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE