```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2724
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7
```

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>              Plaintiff,<br><br>              v.<br><br>SULA ELLEN MELICIO,<br><br>              Defendant. | CASE NO. 2:13-MJ-301 CKD<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME IN WHICH TO HOLD A PRELIMINARY EXAMINATION |
|---|---|

IT IS HEREBY STIPULATED by the parties, through their respective counsel, that, subject to the approval of the court, the preliminary hearing in this matter, previously scheduled for December 18, 2013, at 2:00 p.m., be continued to January 27, 2014, at 2:00 p.m. The parties also stipulate that the 30-day time period for indictment set forth in Title 18, United States Code, Section 3161(b) is waived.

Dated: December 2, 2013                              BENJAMIN B. WAGNER
                                                                               United States Attorney

                                                                            /s/ Michele Beckwith
                                                                            MICHELE BECKWITH
                                                                            Assistant United States Attorney

Dated: December 2, 2013

    /s/ Candice Fields
CANDICE FIELDS
Counsel for Defendant Sula Ellen Melicio

O R D E R

IT IS SO ORDERED.

Dated: December 3, 2013

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE